IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EMIL RENÉ INFANTE-PANEQUE, et al.,<br><br>    Plaintiffs<br><br>        v.<br><br>CONA INVESTMENT, INC., et al.,<br><br>    Defendants | CIVIL NO. 09-1712(JP) |

### **FINAL JUDGMENT**

Pursuant to the Court's Settlement Order entered on this same date, the Court hereby **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** Plaintiffs' complaint against Defendants. This Judgment is a release from all damages and causes of action exercised in the complaint and all damages and causes of action that could follow or emanate from the facts stated therein. This Judgment is entered without the imposition of attorneys' fees or costs. The Court retains jurisdiction to enforce and clarify the settlement if need be.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 17th day of November, 2010.

                                          s/Jaime Pieras, Jr.
                                            JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE